No. 10–452. IN RE FIGUEROA HERNANDEZ;

No. 10–6822. IN RE WAGNER;

No. 10–6828. IN RE NEWMAN; and

No. 10–6843. IN RE ROSS. Petitions for writs of habeas corpus denied.

No. 10–6911. IN RE GRIFFIN. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).*

No. 10–322. IN RE OGUNJOBI;

No. 10–6054. IN RE MEDINA;

No. 10–6101. IN RE SANCHO;

No. 10–6116. IN RE WHITE; and

No. 10–6240. IN RE NEELEY. Petitions for writs of mandamus denied.

No. 10–6020. IN RE DAVIS. Petition for writ of mandamus and/or prohibition denied.

No. 09–1159. BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY v. ROCHE MOLECULAR SYSTEMS, INC., ET AL. C. A. Fed. Cir. Certiorari granted. 